UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:04CR274-MU |
|---|---|---|
| | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| | ) | INDICTMENT |
| **(13) OR CHAN** | ) | |

Leave of Court is hereby granted for the dismissal of the Bill of Indictment (as it pertains to **OR CHAN** only) in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshall Service, Defense Counsel and the United States Attorney's Office.

**Signed: October 3, 2005**

Graham C. Mullen
Chief United States District Judge